United States Bankruptcy Court
Southern District of Texas
**ENTERED**
August 26, 2021
Nathan Ochsner, Clerk

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF TEXAS

In Re: Epic Companies, LLC, et al.
  **Debtor**

Case No.: 19–34752
Chapter 11

Jeffrey T. Varsalone, Liquidating Trustee

  **Plaintiff(s)**

vs

Central Boat Rentals, Inc.

  **Defendant(s)**

Adversary No.: 21–03893

## ORDER REGARDING THE EXCHANGE OF EXHIBITS AND WITNESS LISTS IN ALL CONTESTED MATTERS AND ADVERSARY PROCEEDINGS

　1.　Counsel representing parties in all contested matters and adversary proceedings shall review and comply with BLR 9013–2 – Exchange of Exhibits, Exhibit Lists and Witness Lists in All Contested Matters and Adversary Proceedings.

　2.　*ALL PARTIES ARE ADVISED THAT THE FAILURE TO TIMELY COMPLY WITH THIS ORDER WILL BE GROUNDS FOR THE DENIAL OF THE ADMISSION OF ANY OR ALL EXHIBITS AND THE EXCLUSION OF WITNESS TESTIMONY.*

　3.　All hearings are evidentiary unless specifically ordered otherwise.

It is so ORDERED.

Signed and Entered on Docket: 8/26/21.

_____
DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court
Southern District of Texas

Jeffrey T. Varsalone, Liquidating Truste,
    Plaintiff
Central Boat Rentals, Inc.,
    Defendant

Adv. Proc. No. 21-03893-drj

# CERTIFICATE OF NOTICE

District/off: 0541-4      User: admin      Page 1 of 2
Date Rcvd: Aug 26, 2021      Form ID: exwiDJad      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 28, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| pla | + | Jeffrey T. Varsalone, Liquidating Trustee, c/o Eric M. English, Porter Hedges LLP, 1000 Main Street, 36th Floor, Houston, TX 77002-6341 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| dft | | Central Boat Rentals, Inc. |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 28, 2021      Signature:      /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 26, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Eric Michael English | on behalf of Plaintiff Jeffrey T. Varsalone  Liquidating Trustee eenglish@porterhedges.com, emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com |
| John F Higgins, IV | on behalf of Plaintiff Jeffrey T. Varsalone  Liquidating Trustee jhiggins@porterhedges.com, emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com |
| Michael Shane Johnson | on behalf of Plaintiff Jeffrey T. Varsalone  Liquidating Trustee sjohnson@porterhedges.com, emoreland@porterhedges.com;egarfias@porterhedges.com |

District/off: 0541-4 User: admin Page 2 of 2
Date Rcvd: Aug 26, 2021 Form ID: exwiDJad Total Noticed: 1
TOTAL: 3