UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: | Chapter 11 |
| EPIC COMPANIES, LLC, | Case No. 19-34752 (DRJ) |
| Debtors.[1] | (Jointly Administered) |
| JEFFREY T. VARSALONE, LIQUIDATING TRUSTEE, | |
| Plaintiff, | Adversary Proceeding |
| v. | Adv. No. 21-03893 |
| CENTRAL BOAT RENTALS, INC., | |
| Defendant. | |

**CENTRAL BOAT RENTALS INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO TRUSTEE'S MOTION FOR SUMMARY JUDGMENT**

**NOW INTO COURT,** through undersigned counsel, comes the Defendant, Central Boat Rentals, Inc., (the "Defendant"), which files this unopposed motion seeking an additional extension of time to file its Response to the *Motion for Summary Judgment* (Docket No. 12), (the "Summary Judgment Motion"), filed on behalf of Jeffrey T. Varsalone, as the Liquidating Trustee for the Epic Companies, LLC Trust (the "Trustee" or "Plaintiff").

1. On March 7, 2023, the Plaintiff filed the Summary Judgment Motion, which would have made Defendant's Response due on March 28, 2023.

2. Plaintiff's counsel already consented to an extension of time for Defendant to file

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax ID, are as follows: Epic Companies, LLC (1473); Epic Diving & Marine Services, LLC (2501), Epic Applied Technologies, LLC (5844), Epic Specialty Services, LLC (8547), Epic Alabama Steel, LLC (6835), Epic San Francisco Shipyard, LLC (5763) and Zuma Rock Energy Services, LLC (1022).

1

a Response through Tuesday, April 4, 2023. Docket No. 13.

3. On April 4, 2023, counsel for the Defendant requested another seven-day extension of the deadline to file its Response. The Trustee's counsel agreed, subject to Defendant's acknowledgment and consent regarding two conditions:

(i) The Plaintiff will not consent to additional extension(s) of the deadline to file the Response unless the Defendant presents a compelling justification for same; and

(ii) The Defendant will not oppose the setting of a hearing on the Summary Judgment Motion no earlier than seven days from the filing of Defendant's Response, provided that counsel for the Plaintiff confirms undersigned's availability on the proposed date.

4. The Defendant agrees to both conditions.

**WHEREFORE**, the Defendant asks the Court to enter an order:

(i) extending the deadline for the Defendant to file its Response to Plaintiff's Motion for Summary Judgment to April 11, 2023; and/or

(ii) granting such other or further relief as the Court deems proper.

**LUGENBUHL, WHEATON,**

/s/ *Joseph P. Briggett*
Joseph P. Briggett, Esq.
**PECK, RANKIN & HUBBARD**
*Admitted pro hac vice*
601 Poydras St., Ste. 2775
New Orleans, Louisiana 70130
Telephone: (504) 568-1990
Facsimile: (504) 310-9195
Email: jbriggett@lawla.com

*Counsel for Central Boat Rentals, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served on all counsel of record by Facsimile, Electronic Mail, or by placing a copy of the same in the United States mail, postage prepaid and properly addressed, this 5th day of April 2023.

/s/ *Joseph P. Briggett*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: | Chapter 11 |
| EPIC COMPANIES, LLC, | Case No. 19-34752 (DRJ) |
| Debtors. | (Jointly Administered) |
| JEFFREY T. VARSALONE, LIQUIDATING TRUSTEE, | |
| Plaintiff, | Adversary Proceeding |
| v. | Adv. No. 21-03893 |
| CENTRAL BOAT RENTALS, INC., | |
| Defendant. | |

**ORDER EXTENDING CENTRAL BOAT RENTALS INC.'S TIME TO FILE RESPONSE TO TRUSTEE'S MOTION FOR SUMMARY JUDGMENT**

**CONSIDERING** the foregoing Motion for Extension of Time to File Response to Trustee's Motion for Summary Judgment, filed herein by the Defendant, Central Boat Rentals, Inc., ("Defendant"),

**IT IS ORDERED** that the deadline for Defendant to file its Response to Plaintiff's Motion for Summary Judgment is hereby extended to April 7, 2023, with any additional extension(s) to be granted only if compelling justification is demonstrated.

Executed in Houston, Texas, this _____ day of _____, 2023.

_____
The Honorable David R. Jones
United States Bankruptcy Judge

3