UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **EPIC COMPANIES, LLC,** | § | **Case No. 19-34752 (DRJ)** |
| | § | |
| Debtors.[1] | § | **(Jointly Administered)** |
| | § | |
| **JEFFREY T. VARSALONE,** | § | |
| **LIQUIDATING TRUSTEE,** | § | |
| Plaintiff. | § | |
| | § | **Adv. No. 21-03893** |
| vs. | § | |
| | § | |
| **CENTRAL BOAT RENTALS, INC.,** | § | |
| Defendant. | § | |

**NOTICE OF HEARING**

On March 7, 2023, the above-captioned Liquidating Trustee filed the *Liquidating Trustee's Motion for Summary Judgment* [Docket No. 12] (the "Motion").

A hearing is set on the Motion for **June 7, 2023, at 3:30 p.m. (prevailing Central Time)** before Judge David R. Jones at the United States Bankruptcy Court, 515 Rusk Street, Courtroom 400, 4th Floor, Houston, TX 77002.

You may participate at the hearing either in person or by an audio and video connection. Audio communication will be by use of the Court's dial-in facility. You may access the facility at (832) 917-1510. Once connected, you will be asked to enter the conference room number. Judge Jones' conference room number is 205691. Video communication will be by use of the GoToMeeting platform. Connect via the free GoToMeeting application or click the link on Judge Jones homepage. The meeting code is "judgejones". Click the settings icon in the upper right corner and enter your name under the personal information setting.

Hearing appearances must be made electronically in advance of both electronic and in-person hearings. To make your appearance, click the "Electronic Appearance" link on Judge Jones homepage. Select the case name, complete the required fields and click "Submit" to complete your appearance.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Epic Companies, LLC (1473), Epic Diving & Marine Services, LLC (2501), Epic Applied Technologies, LLC (5844), Epic Specialty Services, LLC (8547), Epic Alabama Steel, LLC (6835), Epic San Francisco Shipyard, LLC (5763) and Zuma Rock Energy Services, LLC (1022). The mailing address for the Debtors is: P.O. Box 79625, Houston, Texas 77279-9625.

13956579

All documents filed in these chapter 11 cases are available free of charge by visiting https://dm.epiq11.com/case/epicco/ or by calling (855) 958-0575 (toll-free) or (503) 597-5530 (international). Copies of any pleadings or papers filed with the Court may be obtained by visiting the Court's website at https://ecf.txsb.uscourts.gov in accordance with the procedures and fees set forth therein.

**Dated: May 5, 2023**

        **PORTER HEDGES LLP**

        By: /s/ *M. Shane Johnson*
        John F. Higgins (TX 09597500)
        Eric M. English (TX 24062714)
        M. Shane Johnson (TX 24083263)
        1000 Main Street, 36th Floor
        Houston, Texas 77002
        Telephone: (713) 226-6000
        Fax: (713) 226-6248
        Email: jhiggins@porterhedges.com
               eenglish@porterhedges.com
               sjohnson@porterhedges.com

        **COUNSEL FOR THE PLAINTIFF**

13956579

## **CERTIFICATE OF SERVICE**

I certify that on May 5, 2023, a copy of the foregoing document was served through the Electronic Case Filing System to all parties appearing in these cases, and by first class mail and electronic transmission to the party identified below:

Joseph P. Briggett
Lugenbuhl, Wheaton, Peck Rankin & Hubbard
601 Poydras St., Ste. 2775
New Orleans, Louisiana 70130
jbriggett@lawla.com

*Counsel for Defendant Central Boat Rentals, Inc.*

                                                      /s/ *M. Shane Johnson*
                                                    M. Shane Johnson

13956579