UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | § Chapter 11 |
| EPIC COMPANIES, LLC, | § Case No. 19-34752 (DRJ) |
| Debtors.[1] | § (Jointly Administered) |
| JEFFREY T. VARSALONE, LIQUIDATING TRUSTEE, Plaintiff. | § Adv. No. 21-03893 |
| vs. | |
| CENTRAL BOAT RENTALS, INC., Defendant. | |

**STIPULATION OF DISMISSAL OF COMPLAINT TO
AVOID AND RECOVER TRANSFERS PURSUANT TO
11 U.S.C. §§ 547 AND 550 WITH PREJUDICE**
[Relates to Adv. Docket No. 1]

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, made applicable to this proceeding by Rule 7041 of the Federal Rules of Bankruptcy Procedure, Jeffrey T. Varsalone, as the Liquidating Trustee for the Epic Companies, LLC Liquidating Trust (the "Liquidating Trustee" or the "Plaintiff") and Central Boat Rentals, Inc. (the "Defendant" and together with the Plaintiff, the "Parties") file this *Stipulation of Dismissal of Complaint to Avoid and Recover Transfers Pursuant to 11 U.S.C. §§ 547 and 550 with Prejudice*.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Epic Companies, LLC (1473), Epic Diving & Marine Services, LLC (2501), Epic Applied Technologies, LLC (5844), Epic Specialty Services, LLC (8547), Epic Alabama Steel, LLC (6835), Epic San Francisco Shipyard, LLC (5763) and Zuma Rock Energy Services, LLC (1022). The mailing address for the Debtors is: P.O. Box 79625, Houston, Texas 77279-9625.

14122570

2

With the consent of the Defendant, the Plaintiff hereby **DISMISSES** with prejudice the *Complaint to Avoid and Recover Transfers Pursuant to 11 U.S.C. §§ 547 and 550* [Adv. No. 21-03893, Docket No. 1] (the "Complaint") filed against the Defendant. The Parties jointly request that the Court enter an order dismissing the Complaint with prejudice.

Dated: September 15, 2023
       Houston, Texas

                                    **PORTER HEDGES LLP**

By: /s/ *M. Shane Johnson*
     John F. Higgins (TX 09597500)
     Eric M. English (TX 24062714)
     M. Shane Johnson (TX 24083263)
     1000 Main Street, 36th Floor
     Houston, Texas 77002
     Telephone: (713) 226-6000
     Fax: (713) 226-6248
     jhiggins@porterhedges.com
     eenglish@porterhedges.com
     sjohnson@porterhedges.com

**COUNSEL FOR THE PLAINTIFF**

**LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD**

By: /s/ *Joseph P. Briggett*
     Joseph P. Briggett
     601 Poydras St., Suite 2775
     New Orleans, Louisiana 70130
     Telephone: (504) 568-1990
     Fax: (504) 310-9195

**COUNSEL FOR THE DEFENDANT**

14122570

## CERTIFICATE OF SERVICE

I certify that on September 15, 2023, I caused a copy of the foregoing document to be served by the Electronic Case Filing System to all parties appearing in these cases.

*/s/ M. Shane Johnson*
M. Shane Johnson

14122570